UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TONY V. HAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 3:07-CV-73 AS |
| vs. | ) |
| | ) |
| GEORGE W. FRANTZ, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Tony V. Hawkins, a *pro se* prisoner, seeks leave to proceed *in forma pauperis*. His submissions indicate that the average monthly deposits to his prisoner trust account during the prior six months were likely $100.90.

Therefore, pursuant to 28 U.S.C. § 1915(b), the court:

(1) **GRANTS** the plaintiff leave to proceed *in forma pauperis* (docket # 2);

(2) **ORDERS** the facility having custody of the plaintiff to deduct **$ 20.18** from his inmate trust account and forward it to the clerk of this court in payment of the initial partial filing fee;

(3) **ORDERS** the plaintiff **Tony V. Hawkins, IDOC #851017,** to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full; and

(4) **DIRECTS** the clerk of court to ensure that a copy of this order is mailed to the facility where the plaintiff is currently housed.

**IT IS SO ORDERED**

**ENTERED: February 27, 2007**

S/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**

Dockets.Justia.com